IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DERIC LAVELLE MAY,  #209534              :

     Plaintiff,                                           :

vs.                                                        :               CIVIL ACTION 13-0237-CB-C

PAMELA BARBER, *et al.*,                     :

     Defendants.                                     :

## ORDER

Plaintiff has filed an objection (Doc. 9) to the Magistrate Judge's Report and

Recommendation (Doc. 6) recommending that this action be dismissed as malicious pursuant to

28 U.S.C. §§ 1915A(b)(1) & 1915(e)(2)(B)(i).  The Magistrate Judge found the action to be

malicious because Plaintiff failed to list at least two prior lawsuits dealing with the same or

similar facts from the information portion his complaint. Plaintiff argues that the action should

not be dismissed for two reasons.  First, he contends that he should have been given an

opportunity to amend his complaint.  However, § 1915(e)(2)(B)(i) states that "the court *shall*

dismiss the case at any time if the court determines that the action … is frivolous or malicious."

The statute's failure to provide an opportunity to amend has been upheld against constitutional

challenges.  *See Vanderberg v. Donaldson*, 259 F.3d 1321 (11th Cir. 2001) (rejecting equal

protection and due process challenges).   Plaintiff also argues that dismissal should not be

permitted because he is in imminent danger of serious physical injury due to his medical

condition.  The "imminent physical danger" exception only applies to actions subject to

dismissal under §1915(g), commonly known as the "three strikes" provision.  The Magistrate

Judge did not invoke § 1915(g) or the three strikes provision as a basis for dismissal.

Consequently, the "imminent physical danger" exception does not apply.

Therefore, after due and proper consideration of all the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 19, 2013 is ADOPTED as the opinion of this Court.

**DONE this 22nd day of July, 2013.**

_s/Charles R. Butler, Jr._____
**SENIOR UNITED STATES DISTRICT JUDGE**